Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Amy M. Zeman (State Bar No. 273100)
Geoffrey A. Munroe (State Bar No. 228590)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: (510) 350-9700
Fax: (510) 350-9701
amz@classlawgroup.com
gam@classlawgroup.com

Adam B. Wolf (State Bar No. 215914)
**PEIFFER WOLF CARR KANE CONWAY
& WISE, LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Counsel for Plaintiffs*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE PACIFIC FERTILITY CENTER LITIGATION*<br><br>This Document Relates to:<br><br>*All Cases* | Master Case No. 3:18-cv-01586-JSC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(2)** |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed that

2   all claims asserted in the above-captioned action by each of the Plaintiffs listed in Exhibit A against

3   Defendant Chart Inc. are dismissed with prejudice, with each party to bear its own costs.

4

5       IT IS SO STIPULATED.

6

7   Dated: May 22, 2023                    By:   */s/ Dena C. Sharp*

8                                           Dena C. Sharp (State Bar No. 245869)
                                            Adam E. Polk (State Bar No. 273000)
9                                           Nina R. Gliozzo (State Bar No. 333569)
                                            **GIRARD SHARP LLP**
10                                          601 California Street, 14th Floor
                                            San Francisco, California 94108
11                                          Tel: (415) 981-4800
                                            Fax: (415) 981-4846
12                                          dsharp@girardsharp.com
                                            apolk@girardsharp.com
13                                          ngliozzo@girardsharp.com

14
                                            Amy M. Zeman (State Bar No. 273100)
15                                          Geoffrey A. Munroe (State Bar No. 228590)
                                            **GIBBS LAW GROUP LLP**
16                                          1111 Broadway, Suite 2100
                                            Oakland, CA 94607
17                                          Tel: (510) 350-9700
                                            Fax: (510) 350-9701
18                                          amz@classlawgroup.com
                                            gam@classlawgroup.com
19

20                                          Adam B. Wolf (State Bar No. 215914)
21                                          **PEIFFER WOLF CARR KANE CONWAY &
                                            WISE, LLP**
22                                          4 Embarcadero Center, Suite 1400
                                            San Francisco, CA 94111
23                                          Tel: (415) 766-3545
                                            Fax: (415) 402-0058
24                                          awolf@peifferwolf.com
                                            tcowan@peifferwolf.com
25

26                                          *Counsel for Plaintiffs*

27

28
                                            2

By:   /s/ *John J. Duffy*

John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Margaret C. Redshaw (SB No. 6327480)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100
Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
mredshaw@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**ZENERE COWDEN & STODDARD APC**
2005 De La Cruz Blvd., Suite 240
Santa Clara, California 95050
Office: (408) 430-3551
mcowden@zcslawfirm.com
astoddard@zcslawfirm.com

*Counsel for Defendant Chart Inc.*

**ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

By:   /s/ *Dena C. Sharp*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 24, 2023__

Hon. Jacqueline Scott Corley
United States District Court Judge

---

3
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(2)
CASE NO. 3:18-CV-01586-JSC